IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACLYN STOKKE,

    Plaintiff,

v.

Case No.: 16-cv-392-bbc

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

ORDER ON JOINT MOTION TO REMAND TO THE COMMISSIONER

The parties have filed a stipulation for remand under sentence four of Section 405(g) of the Social Security Act. The motion will be granted. On remand, an Administrative Law Judge will further consider Plaintiff's residual functional capacity; if warranted, obtain supplemental vocational expert testimony; and issue a new decision.

SO ORDERED this 2d day of November, 2016.

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge