## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JACLYN STOKKE,

                Plaintiff,                        JUDGMENT IN A CIVIL CASE

    v.

                                            Case No. 16-cv-392-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                Defendant.

---

       This action came for consideration before the court with Magistrate Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Jaclyn Stokke remanding this case for further proceedings under sentence four of Section

205 of the Social Security Act, 42 U.S.C. § 405(g).

           s/ V. Olmo, Deputy Clerk                        11/03/2016
       Peter Oppeneer, Clerk of Court                           Date