IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACLYN STOKKE,

        Plaintiff,　　　　　　　JUDGMENT IN A CIVIL CASE

v.

　　　　　　　　　　　　　　　　　Case No. 16-cv-392-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jaclyn Stokke attorney fees in the amount of $4691.31 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 1/04/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |